

ENTERED
10/06/2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | |
| | § | |
| REORGANIZED DEBTOR | § | Chapter 11 |

AGREED ORDER CONSOLIDATING APPLICATION FOR
ADMINISTRATIVE EXPENSES OF NEW SKIES SATELLITES, B.V.
(DOCKET #361) WITH ADVERSARY PROCEEDING NO. 09-3363
[This instrument pertains to Docket #361, 371 and 372]
(380)

NEW SKIES SATELLITES, B.V. ("New Skies") filed its Application for Administrative Expense ("Application") (Docket #361) seeking allowance and payment of an alleged administrative expense claim in the above-captioned case. The Reorganized Debtor responded with an objection (Docket #372). The Reorganized Debtor also filed Adversary No. 09-3363 ("Adversary") against New Skies. The issues raised by the Application will be duplicated by those in Adversary. The parties agree to consolidate the Application with the Adversary because consolidation promotes judicial economy and the convenience of the parties.

Therefore, it is ORDERED that, pursuant to Fed. R. Bankr. P. 7042 and 9014, the contested matter of Docket #361 is consolidated with Adversary Number 09-3363, and it is further

ORDERED that the clerk is directed to file copies of this order and Docket #361 and #372 in Adversary 09-3363.

SIGNED:

10-6-2009

_____
UNITED STATES BANKRUPTCY JUDGE

{SKY001\00017\0561974.DOC;1\MAH}

AGREED AS TO FORM AND SUBSTANCE:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Melissa A. Haselden*
_____
EDWARD L. ROTHBERG
State Bar No. 17313990
MELISSA A. HASELDEN
State Bar No. 00794778
Eleven Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 961-9045
Facsimile: (713) 961-5341

ATTORNEYS FOR REORGANIZED DEBTOR

LISKOW & LEWIS

By: *John G. Almy with permission by /s/ Melissa A. Haselden*
_____
MICHAEL D. RUBENSTEIN
State Bar #2047514
JOHN G. ALMY
State Bar #24050221
First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002
Telephone: (713) 651-2900
Fax: (713) 651-2908

ATTORNEYS FOR NEW SKIES SATELLITES, B.V.

10/02/2009 10:33 FAX                    WEYCER, KAPLAN                             ☒003/003

AGREED AS TO FORM AND SUBSTANCE:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _____
    EDWARD L. ROTHBERG
    State Bar No. 17313990
    MELISSA A. HASELDEN
    State Bar No. 00794778
    Eleven Greenway Plaza, Suite 1400
    Houston, Texas 77046
    Telephone: (713) 961-9045
    Facsimile: (713) 961-5341

ATTORNEYS FOR REORGANIZED DEBTOR


LISKOW & LEWIS

By: _____
    MICHAEL D. RUBENSTEIN
    State Bar #2047514
    JOHN G. ALMY
    State Bar #24050221
    First City Tower
    1001 Fannin Street, Suite 1800
    Houston, TX 77002
    Telephone: (713) 651-2900
    Fax: (713) 651-2908

ATTORNEYS FOR NEW SKIES SATELLITES, B.V.

{SKY001\00017056l974.DOC;1\MAH}