IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | |
| Debtor | § | (Chapter 11) |
| | § | |
| SKYPORT GLOBAL | § | |
| COMMUNICATIONS, INC., | § | ADV. NO. 09-03363 |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| NEW SKIES SATELLITES, B.V. and | § | |
| SES AMERICOM, Inc. n/k/a SES | § | |
| WORLD SKIES | § | |
| Defendants | § | |

**DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF
<u>SKYPORT GLOBAL COMMUNICATIONS, INC.</u>**

COME Now Edward L. Rothberg and the law firm of WEYCER, KAPLAN, PULASKI & ZUBER, PC, counsel for Plaintiff Skyport Global Communications, Inc. ("Plaintiff") and designate:

> Edward L. Rothberg – Lead Counsel
> Melissa A. Haselden
> Weycer, Kaplan, Pulaski & Zuber, P.C.
> 11 Greenway Plaza, Suite 1400
> Houston, Texas  77046
> Telephone 713-961-9045
> Facsimile 713-961-5341
> Email: erothberg@wkpz.com
> Email: mhaselden@wkpz.com

as counsel for the Plaintiff.  The involvement of Hugh M. Ray, III is terminated.

DATED: November 2, 2009.

            Respectfully submitted,

            WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

             */s/ Edward L. Rothberg*
          By: _____.
            EDWARD L. ROTHBERG
            State Bar No. 17313990
            MELISSA A. HASELDEN
            State Bar No. 00794778
            Eleven Greenway Plaza, Suite 1400
            Houston, Texas 77046
            Telephone:  (713) 961-9045
            Facsimile:  (713) 961-5341

          ATTORNEYS FOR PLAINTIFF
          SKYPORT GLOBAL COMMUNICATIONS, INC

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 2, 2009, a true and correct copy of foregoing document was served via ECF and/or by U.S. Mail, first class postage prepaid upon the following:

MICHAEL D. RUBENSTEIN
JOHN G. ALMY
LISKOW & LEWIS
First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002

Stephen V. Falanga
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, N.J. 07068

            */s/ Edward L. Rothberg*
            Edward L. Rothberg

{SKY001\00017\0566675.DOC;1\MAH}