IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., | § | CASE NO. 08-36737-H4-11 |
| Debtor | § | (Chapter 11) |
| | § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., | § | ADV. NO. 09-03363 |
| Plaintiff | § | |
| v. | § | |
| NEW SKIES SATELLITES, B.V. and SES AMERICOM, Inc. n/k/a SES WORLD SKIES | § | |
| Defendants | § | |

**AMENDED**
**MOTION TO SUBSTITUTE COUNSEL**

Comes now the Plaintiff SkyPort Global Communications, Inc., who files this Motion to Substitute Counsel, showing unto the Court as follows:

1. The Plaintiff was represented during the pendency of this adversary proceeding by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), who employed Edward L. Rothberg as lead counsel of record in this matter. WKPZ also employed Melissa A. Haselden, who also represented the Plaintiff in this proceeding.

2. Both Mr. Rothberg and Ms. Haselden have left WKPZ and are now affiliated with the law firm of Hoover Slovacek, LLP.

3. Skyport has chosen Hoover Slovacek, LLP to continue representation in the main case and in this contested matter. WKPZ has no opposition to this motion.

652321-1

4. This substitution is made without changing the name of the individual counsel of record, only the firm. Accordingly, no delay is necessary and no prejudice is suffered by any party.

WHEREFORE, PREMISES CONSIDERED, the prays that the Court approve the substitution of counsel and permit Weycer, Kaplan, Pulaski & Zuber, P.C. to withdraw as Plaintiff's counsel and to substitute Hoover Slovacek, LLP as the new counsel of record.

Dated: January 18, 2010

        Respectfully submitted,

        HOOVER SLOVACEK LLP

By: */s/ Melissa A. Haselden*
        EDWARD L. ROTHBERG
        State Bar No. 17313990
        MELISSA A. HASELDEN
        State Bar No. 00794778
        5847 San Felipe, Suite 2200
        Houston, Texas  77057
        Telephone: (713) 977-8686
        Facsimile: (713) 977-5395

ATTORNEYS FOR PLAINTIFF SKYPORT GLOBAL COMMUNICATIONS, INC.

652321-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2010, a true and correct copy of the foregoing document, was forwarded to all parties requesting electronic notification via ECF filing and by first class mail, postage prepaid to the following parties:

MICHAEL D. RUBENSTEIN
JOHN G. ALMY
LISKOW & LEWIS
First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002

Stephen V. Falanga
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, N.J. 07068

Richard Kaplan
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, TX 77046

*/s/ Melissa A. Haselden*

MELISSA A. HASELDEN

## CERTIFICATE OF CONFERENCE

On January 20, 2010, Melissa A. Haselden conferred with Richard Kaplan, a principal of WKPZ about the relief requested in this motion. WKPZ is unopposed to the substitution requested herein.

*/s/ Melissa A. Haselden*

MELISSA A. HASELDEN

652321-1