**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SKYPORT GLOBAL | § | Case No. 08-36737-H4-11 |
| COMMUNICATIONS, INC. | § | |
| | § | |
| SKYPORT GLOBAL | § | |
| COMMUNICATIONS, INC. | § | Adv. No. 09-03363 |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| NEW SKIES SATELLITES, B.V. and | § | |
| SES AMERICOM, INC. n/k/a SES | § | |
| WORLD SKIES. | § | |
| | § | |
| Defendants. | § | |

<u>**PLAINTIFF SKYPORT GLOBAL COMMUNICATIONS, INC.'S**</u>
<u>**UNOPPOSED MOTION**</u>
<u>**FOR EXPEDITED MAY 24, 2010 CONSIDERATION OF ITS UNOPPOSED MOTION**</u>
<u>**FOR CONTINUANCE OF TRIAL SET TO BEGIN THE WEEK OF MAY 24, 2010**</u>

Plaintiff Skyport Global Communications, Inc. moves this Court for expedited consideration of its request for continuance of trial set to begin the week of May 24, 2010.  In support, Plaintiff shows:

1.  By separate motion, Plaintiff seeks a continuance of the trial set to commence the week of May 24, 2010.

2.  Defendant does not oppose.

3.  As set forth in the separately filed motion for continuance, in violation of the plan confirmation order, in February of this year a shareholder suit was initiated against several parties, including Plaintiff's CEO, Robert Kubbernus.  Defendants in the

shareholder suit removed to this Court and several highly contentions matters are set to be heard on May 27, 2010, the same week as trial in the above-styled adversary proceeding.

4. Plaintiff requests that the Court take up its unopposed motion for continuance of trial (to a date no sooner than July 1, 2010) at the pre-trial conference currently scheduled for May 24, 2010 at 9:00 a.m.

5. Defendant does not oppose expedited consideration.

<u>**Prayer**</u>

Plaintiff prays that the Court set for a May 24, 2010 9:00 a.m. hearing its unopposed motion for continuance of trial.

Dated: May 18, 2010.

HOOVER SLOVACEK LLP

*/s/ Annie E. Catmull*
By:_____
        EDWARD L. ROTHBERG
        State Bar No. 17313990
        MELISSA A. HASELDEN
        State Bar No. 00794778
        ANNIE E. CATMULL
        State Bar No. 00794932
        5847 San Felipe, Suite 2200
        Houston, Texas  77057
        Telephone: (713) 977-8686
        Facsimile: (713) 977-5395

ATTORNEYS FOR PLAINTIFF SKYPORT GLOBAL
COMMUNICATIONS, INC.

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned certifies that she conferred via email with counsel for Defendants, Steve Falanga, and he does not oppose the relief sought herein.

*/s/ Annie E. Catmull*

_____

Annie E. Catmull

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2010 I emailed a true and correct copy of the attached to the addresses listed below and further that a copy was served via electronic mail by the U.S. Bankruptcy Clerk.

John Almy
Michael Rubenstein
Liskow & Lewis
First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002
Email: jalmy@liskow.com
          mdrubenstein@liskow.com

Stephen V. Falanga
Phillip Allogramento
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
Email: SFalanga@connellfoley.com
          PAllogramento@connellfoley.com

*/s/ Annie E. Catmull*

_____

Annie E. Catmull